Attorney:
MICHAEL FAILLACE
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165


5 1 2 2 2 9

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index / case #: 1:20-CV-04178-LDH

HITLER CALLE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED
    Plaintiff

## AFFIDAVIT OF SERVICE

PIZZA PALACE CAFE LLC D/B/A PIZZA PALACE CAFE, ET AL
    Defendant

RICHMOND County, State of: NEW YORK   DONALD DELPRETE   DD being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: NY

On 9/23/20 at 1:50 am/pm at: 63-60 108TH STREET FOREST HILLS NY 11375

Deponent served the within: SUMMONS & COMPLAINT
NOTICE OF INTENTION TO ENFORCE LIMITED LIABILITY COMPANY MEMBER LIABILITY FOR SERVICES RENDERED

On which were set forth the Index No., herein, and date of filing

On: SASHA DOE C/O PIZZA PALACE CAFE LLC D/B/A PIZZA PALACE CAFE
(herein after called the recipient) therein named.

☐ **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

☒ **Suitable Age person** — By delivering thereat a true copy of each to: YURI DOE a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [X] Actual Place of Business within the State.

☐ **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

☐ **Corporation or Partnership** — By delivering thereat a true copy of each to: _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

☒ **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [X] Actual Place of Business at 63-60 108th ST FOREST Hills, NY 11375 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **Description**
- [X] Male / [ ] Female
- [X] White skin / [ ] Black skin / [ ] Yellow skin / [ ] Brown skin / [ ] Red skin
- [ ] Black hair / [X] Brown hair / [ ] Gray hair / [ ] Blonde hair / [ ] Red hair
- [ ] 14-20 Yrs / [X] 21-35 Yrs / [ ] 36-50 Yrs / [ ] 51-65 Yrs / [ ] Over 65 Yrs
- [ ] Under 5' / [ ] 5'0"-5'3" / [ ] 5'4"-5'8" / [X] 5'9"-6'0" / [ ] Over 6'
- [ ] Under 100 Lbs / [ ] 100-130 Lbs / [ ] 131-160 Lbs / [X] 161-200 Lbs / [ ] Over 200 Lbs

Other Identifying Features: GLASSES

☒ **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ Subpoena Fee Tendered in the amount of _____

Sworn to before me on 9/23/20

(signature)

ROBERT A. ZUFFI, JR.
Notary Public, State of New York
Registration #01ZU6208524
Qualified in Richmond County
Commission Expires July 6, 20__

(Print name below signature)
DONALD DELPRETE

File No. 1:20-CV-04178-LDH

Work Order No. 512229

BoroWide Legal, Inc.
98 Beach Street, 2nd Floor
Staten Island, NY 10304

FIRST-CLASS

US POSTAGE
$000.65⁰
SEP 23 2020
021P
0001204163

Sasha Doe c/o Pizza Palace Cafe LLC
&/or Pizza Palace Cafe
63-60 108th St
Forest Hills, NY 11375

Personal & Confidential

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| HITLER CALLE, individually and on behalf of others similarly situated, </br></br> *Plaintiff(s)* </br> v. </br> PIZZA PALACE CAFE LLC d/b/a PIZZA PALACE CAFE ), et al. </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.  20cv4178 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SASHA DOE
c/o PIZZA PALACE CAFE
63-60 180TH ST.
Forest Hills, New York 11375

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date:   09/08/2020                                                                                            /s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*