## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NEW YORK | Purchased/Filed: October 13, 2020<br>Index #  1:20-cv-04178-LDH-LB |

*Hitler Calle, Individually and On Behalf of Other Similarly Situated*  — Plaintiff

against

*Pizza Palace Cafe, LLC d/b/a Palace Cafe., et al*  — Defendant

STATE OF NEW YORK   SS.:
COUNTY OF ALBANY

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___October 16, 2020___, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint Collective Action Under 29 U.S.C §216(b)

on ___Pizza Palace Cafe LLC d/b/a Palace Cafe___, the Defendant in this action, by delivering to and leaving with ___Sue Zouky___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: __55-60__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__
Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this
__16th__ day of October 2020

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # S1847495

**SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201**