## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: March 5, 2021
Index #  1:20-cv-04178-LDH-LB

*Hitler Calle, Individually And On Behalf Of Others Similarly Situated*   Plaintiff

against

*Pizza Palace Cafe, LLC d/b/a Palace Cafe., et al*   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY   SS.:

__James Perone__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __March 8, 2021__, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed __Amended Summons in a Civil Action and Complaint Collective Action Under 29 U.S.C §216(b)__ on __Pizza Palace Cafe LLC__, the Defendant in this action, by delivering to and leaving with __Nancy Dougherty__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__   Approx. Wt: __130lbs__   Approx. Ht: __5'3"__
Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this
__8th__ day of March 2021

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
Attny's File No.
Invoice•Work Order # S1855100

SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201