UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C. - 2371

HITLER CALLE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED

Index #: 1:20-CV-04178-LDH-LB

Plaintiff(s)

-against-

Date Filed:

PIZZA PALACE CAFÉ LLC D/B/A PIZZA PALACE CAFÉ ETAL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DENISE LEWIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.



That on April 1, 2021 at 03:15 PM at

C/O PIZZA PALACE CAFÉ
63-60 108TH STREET
FOREST HILLS, NY 11375

deponent served the within true copy/copies of the AMENDED SUMMONS IN A CIVIL ACTION AND COMPLAINT on YURI ISHAQOV, the defendant/respondent therein named,

**SUITABLE AGE**
by delivering thereat a true copy/copies of each to JOHN DOE a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as the CO-WORKER / EMPLOYEE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|------------|---------------|------------------|-----------------|
| MALE | WHITE | BLACK | 35 | 5'9 | 180 |

GLASSES

**MAILING**
Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

C/O PIZZA PALACE CAFÉ
63-60 108TH STREET
FOREST HILLS, NY 11375

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 12, 2021 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on:  April 12, 2021

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
299 Broadway
New York NY  10007

**DENISE LEWIS**
License #: 2006009

Docket #:      *1181681*