UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X-----
HITLER CALLE, individually and on behalf
of others similarly situated,

                      *Plaintiff,*

  -against-

PIZZA PALACE CAFE LLC (D/B/A PIZZA
PALACE CAFE), SASHA DOE, YURI
DOE, VLAD DOE, and LEOY DOE,

                      *Defendants.*
-----------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case No. **1:20-cv-04178-LDH-LB**

STATE OF NEW YORK    )
                                ) SS.:
COUNTY OF NEW YORK  )

       FIDEL LOZANO, being duly sworn, deposes and says:

       Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

       On April 7, 2021, I mailed copies of Magistrate Judge Lois Bloom's Order (Dated 4/15/2021), via First Class Mail through the United States Postal Service to:

Pizza Palace Cafe LLC
63-60 108th Street Forest
Hills, NY 11375

_____
Fidel Lozano

Sworn to before me on this
26th of April 2021

_____
Notary Public

**MICHAEL FAILLACE**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 01FA6120954
Qualified in New York County
My Commission Expires January 03, 20__