UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HITLER CALLE, *individually and on behalf of others similarly situated,*<br><br>　　　　　　　*Plaintiff,*<br><br>　　-against-<br><br>PIZZA PALACE CAFÉ LLC (D/B/A PIZZA PALACE, SASHA ISHAQOV, YURI ISHAQOV, and VLADY DJOURAEV,<br><br>　　　　　　　*Defendants.* | 20-cv-4178<br><br>REQUEST FOR CERTIFICATE OF DEFAULT |

　　TO:　DOUGLAS C. PALMER
　　　　　UNITED STATES DISTRICT COURT
　　　　　EASTERN DISTRICT OF NEW YORK

　　Please enter the default of Pizza Palace Café LLC (d/b/a Pizza Palace Café LLC), Sasha Ishaqov, Yuri Ishaqov, and Vlady Djouraev, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein.

Dated: New York, New York
　　　　April 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael Faillace
　　　　　　　　　　　　　　　　　　　　　　　Michael Faillace, Esq.
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL FAILLACE & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　　　　60 East 42nd St., Suite 4510
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10165
　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 317-1200