UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HITLER CALLE, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>PIZZA PALACE CAFÉ LLC (D/B/A PIZZA PALACE, SASHA ISHAQOV, YURI ISHAQOV, and VLADY DJOURAEV,<br><br>*Defendants.* | Case No. **20-cv-4178(LDH)(LB)**<br><br>**CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant PIZZA PALACE CAFÉ LLC (D/B/A PIZZA PALACE) has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Pizza Palace Café LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       May 7, 2021

**DOUGLAS C. PALMER**
Clerk of the Court

By: ____*Jalitza Poveda*____
      Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HITLER CALLE, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>PIZZA PALACE CAFÉ LLC (D/B/A PIZZA PALACE, SASHA ISHAQOV, YURI ISHAQOV, and VLADY DJOURAEV,<br><br>*Defendants.* | Case No. **20-cv-4178**<br><br>**CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant SASHA ISHAQOV has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Sasha Ishaqov is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       May 7, 2021

                                                     **DOUGLAS C. PALMER**
                                                      Clerk of the Court

                                         By: *Jalitza Poveda*
                                                         Deputy Clerk

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HITLER CALLE, *individually and on behalf of others similarly situated,* <br><br> *Plaintiff,* <br><br> -against- <br><br> PIZZA PALACE CAFÉ LLC (D/B/A PIZZA PALACE, SASHA ISHAQOV, YURI ISHAQOV, and VLADY DJOURAEV, <br><br> *Defendants.* | Case No. **20-cv-4178** <br><br> **CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant YURI ISHAQOV has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Yuri Ishaqov is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       May 7, 2021

**DOUGLAS C. PALMER**
Clerk of the Court

By: _____*Jalitza Poveda*_____
         Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HITLER CALLE, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>PIZZA PALACE CAFÉ LLC (D/B/A PIZZA PALACE, SASHA ISHAQOV, YURI ISHAQOV, and VLADY DJOURAEV,<br><br>*Defendants.* | Case No. **20-cv-4178**<br><br>**CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant VLADY DJOURAEV has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Vlady Djouraev is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       May 7, 2021

**DOUGLAS C. PALMER**
Clerk of the Court

By: *Jalitza Poveda*
     Deputy Clerk