UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

HITLER CALLE, individually and on behalf
of others similarly situated,

                     Plaintiff,

    -against-

PIZZA PALACE CAFE LLC (D/B/A PIZZA
PALACE CAFE), SASHA ISHAQOV, YURI
ISHAQOV, and VLADY DJOURAEV

                     Defendants.
--------------------------------------------------------X

1:20-cv-04178-LDH-LB

**CERTIFICATE OF SERVICE**

Fidel Lozano certifies as follows:

      I am a natural person above the age of eighteen years and am not a party in the above-captioned action. On this thirteenth day of December, 2021, I served copies of the civil docket and copies of Magistrate Judge Lois Bloom's Order dated 12/07/2021, via First Class Mail, to:

Pizza Palace Cafe LLC
63-60 108th St
Queens, NY 11375

Pizza Palace Cafe
c/o Sasha Ishaqov
63-60 108th St
Queens, NY 11375

Pizza Palace Cafe
c/o Yuri Ishaqov
63-60 108th St
Queens, NY 11375

Pizza Palace Cafe
c/o Vlady Djouraev
63-60 108th St
Queens, NY 11375

_____
FIDEL LOZANO