UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

HITLER CALLE, *individually and on behalf of others similarly situated,*

            *Plaintiffs,*

-against-

PIZZA PALACE CAFÉ LLC, SASHA ISHAQOV, YURI ISHAQOV, and VLADY DJOURAEV,
*Defendants.*
---------------------------------------------------------X

Index No.: 20-CV-4178

**AFFIRMATION OF CATALINA SOJO IN SUPPORT OF ATTORNEY MICHAEL FAILLACE'S MOTION TO WITHDRAW**

    Catalina Sojo, Esq. the managing partner of CSM Legal P.C. and an attorney duly admitted to practice in New York and in this Court, affirms on penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

    I represent the Plaintiff in this lawsuit for unpaid wages, unpaid overtime wages, liquidated damages, and attorneys' fees under the FLSA and New York Labor Law and regulations. I submit this affirmation in support of attorney Michael Faillace's Motion to Withdraw. Pursuant to Local Civil Rule 1.4, I affirm that Plaintiffs have been informed that: (1) the firm has been renamed CSM Legal P.C.; (2) CSM Legal P.C. will continue to represent them; and (3) Mr. Faillace has withdrawn from the firm and is withdrawing from this case.

    WHEREFORE, undersigned counsel respectfully requests that this Court permit Michael Faillace to withdraw as counsel for the Plaintiff(s) in this matter.

Dated: New York, New York
       December 14, 2021

                                            Respectfully Submitted,

                                            _____/s/_____
                                            Catalina Sojo, Esq.
                                            CSM Legal, P.C.