UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

Calle et al

                             *Plaintiffs*,

      -against-

Pizza Palace Cafe LLC et al

                             *Defendants.*

----------------------------------------------------------X

**1:20-cv-04178-LDH-LB**

**DECLARATION OF HITLER CALLE**

I, Hitler Calle, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that:

1. I am a Plaintiff in the above-captioned action, and I have personal knowledge of the matters stated below.

2. I reside in Queens County, New York.

3. I retained Michael Faillace & Associates, P.C. on June 18, 2020, having signed a retainer and consent provided to me in both English and in Spanish, my primary language.

4. On December 1, 2021, I received a letter from CSM Legal, P.C., signed by Catalina Sojo, Esq., in both English and in Spanish, my primary language, to confirm that I had received the notice sent from Michael Faillace dated November 1, 2021, which explained the firm's transition, Michael Faillace's suspension, and the new ownership.

5. The firm CSM Legal, P.C., has thoroughly explained to me the firm's transition, Michael Faillace's suspension, and the new ownership. I have been reassured that this transition will not affect my case and that the staff of the firm will continue to oversee my case with the same degree of experience, diligence, and commitment. Therefore, I consent to the substitution of new counsel.

6. I respectfully submit this declaration in support of my consent to the substitution of new counsel.

7. This document has been translated to me in my native language of Spanish and I fully comprehend its contents. ("Este documento ha sido traducido y yo comprendo todos los términos.").

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:   New York, NY

December 14, 2021

_____
Hitler Calle