UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HITLER CALLE, individually and on behalf
of others similarly situated,

                           Plaintiff,                      JUDGMENT

   v.

                                                      20 CV 4178 (LDH)(LB)

PIZZA PALACE CAFÉ LLC (D/B/A PIZZA
PALACE), SASHA ISHAQOV, YURI
ISHAQOV, and VLADY DJOURAEV,

                           Defendants.
-----------------------------------------------------------------X

       An Order of the Honorable LaShann DeArcy Hall, United States District Judge having been filed on January 27, 2022, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated January 4, 2022, which recommended that: plaintiff's motion for a default judgment should be granted; that plaintiff should be awarded $100,020.09 in unpaid overtime compensation; $2,049 in unpaid spread of hours compensation; $102,069.09 in liquidated damages; $5,000 for defendants' wage notice violation; $5,000 for defendants' wage statement violation; $308 as reimbursement for "tools of the trade" expenses; $31,286.31 in pre-judgment interest to increase by $25.17 per day until the entry of judgment; and post-judgment interest as set forth in 28 U.S.C. 1961(a); which also recommended that if any amount of the judgment remains unpaid after ninety-days or ninety-days after the expiration of the time to appeal, the total amount of the judgment should increase as provided by NYLL § 198(40); that plaintiff should be awarded attorney's fees of $2,910 and costs of $400; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the prejudgment interest being $679.59; it is

       ORDERED and ADJUDGED that Plaintiff's motion for default judgment against Defendants is granted; that plaintiff is awarded a total amount of $249,731.08, plus post-

judgment interest as set forth in 28 U.S.C. 1961(a); and that if any amount of the judgment remains unpaid after ninety-days or ninety-days after the expiration of the time to appeal, the total amount of the judgment should increase as provided by NYLL § 198(4).

Dated: Brooklyn, New York  
       January 31, 2022

Douglas C. Palmer  
Clerk of Court

By:   */s/Jalitza Poveda*  
      Deputy Clerk