UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HITLER CALLE,

                                         Plaintiff,

-against-

PIZZA PALACE CAFÉ LLC (d/b/a PIZZA PALACE),
SASHA ISHAQOV, YURI ISHAQOV, and VLADY
DJOURAEV,

                                         Defendants.
-----------------------------------------------------------------X

**Case No.: 1:20-cv-4178 (LDH) (LB)**

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for Defendants Sasha Ishaqov, Yuri Ishaqov, and Vlady Djouraev in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       November 21, 2023                     Respectfully submitted,

                                             **MILMAN LABUDA LAW GROUP PLLC**
                                             */s Emanuel Kataev, Esq.*
                                             Emanuel Kataev, Esq.
                                             3000 Marcus Avenue, Suite 3W8
                                             Lake Success, NY 11042-1073
                                             (516) 328-8899 (office)
                                             (516) 303-1395 (direct dial)
                                             (516) 328-0082 (facsimile)
                                             emanuel@mllaborlaw.com

                                             *Attorneys for Defendants*
                                             *Sasha Ishaqov,*
                                             *Yuri Ishaqov, and*
                                             *Vlady Djouraev*

**VIA ECF**
CSM LEGAL, P.C.
Attn: Jesse Barton and Mary Bianco, Esqs.
One Grand Central Place
60 East 42nd Street, Suite 4510
New York, NY 10165-0002
(212) 317-1200 (office)
(212) 317-1200 (facsimile)
jbarton@csm-legal.com
mary@csm-legal.com

*Attorneys for Plaintiff*
*Hitler Calle*