UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HITLER CALLE,

                                                  Case No.: 1:20-cv-4178 (LDH) (LB)

                    Plaintiff,

      -against-

PIZZA PALACE CAFÉ LLC (d/b/a PIZZA PALACE),
SASHA ISHAQOV, YURI ISHAQOV, and VLADY
DJOURAEV,

                    Defendants.
-------------------------------------------------------------------X

**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF DEFENDANTS' SASHA ISHAQOV, YURI ISHAQOV, AND VLADY DJOURAEV'S OBJECTIONS TO THE HON. LOIS BLOOM, U.S.M.J.'S DECEMBER 20, 2023 REPORT & RECOMMENDATION DENYING THEIR CONSENT MOTION TO <u>VACATE THE DEFAULT JUDGMENT</u>**

      **EMANUEL KATAEV, ESQ.**, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.      I am admitted to practice before this Court and I am a partner of Milman Labuda Law Group PLLC, attorneys for Defendants Sasha Ishaqov, Yuri Ishaqov, and Vlady Djouraev (the "Individual Defendants") in this case.

      2.      I respectfully submit this declaration in support of the Individual Defendants' motion, made pursuant to Rule 72 of the Federal Rules of Civil Procedure (hereinafter "Rules" or "Rule") to set aside the Hon. Lois Bloom, U.S.M.J.'s ("Judge Bloom") Report and Recommendation, dated December 20, 2023, denying Defendants' consent letter motion to vacate the default judgment, for an extension of time to respond to the complaint, and for a mediation referral Order (the "Motion"), and to supply this Court with exhibits relevant to is determination of the Motion.

3. Attached hereto as **Exhibit "A"** is a true and correct copy of the transcript for the proceedings held on December 20, 2023 before Judge Bloom.

4. Attached hereto as **Exhibit "B"** is a true and correct copy of correspondence between counsel in this case concerning the Motion together with a redline draft sent by Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2024.

Dated: Lake Success, New York
January 10, 2024

                                                                                  */s/ Emanuel Kataev, Esq.*
                                                                                 **EMANUEL KATAEV, ESQ.**