# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● mail@emanuelkataev.com**

February 15, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. LaShann DeArcy Hall, U.S.D.J.
225 Cadman Plaza East
Courtroom 4H North
Brooklyn, NY 11201-1804

      *Re:*    **Calle v. Pizza Palace Cafe LLC,** *et al.*
              **Case No.: 1:20-cv-4178 (LDH) (LB)**

Dear Judge Hall:

    This firm is substituting in as counsel to Defendants Sasha Ishaqov, Yuri Ishaqov, and Vlady Djouraev (hereinafter the "Individual Defendants") in the above-referenced case. The Individual Defendants respectfully submit this letter to enclose a fully executed stipulation of substitution of counsel, and kindly request that this Court "so Order" the stipulation.

    The Individual Defendants also wish to apprise this Court that their motion to set aside the Report and Recommendation of the Hon. Lois Bloom, U.S.M.J. is unopposed and therefore should be considered fully submitted for this Court's consideration. <u>See</u> ECF Docket Entries [46](#), [47](#), [48](#), [49](#), [49-1](#), and [49-2](#).

    We thank this Court for its time and attention to this case.

Dated: Lake Success, New York
       February 15, 2024                      Respectfully submitted,

                                                    **SAGE LEGAL LLC**

                                                    _/s/ Emanuel Kataev, Esq._
                                                    Emanuel Kataev, Esq.
                                                    18211 Jamaica Avenue
                                                    Jamaica, NY 11423-2327
                                                    (718) 412-2421 (office)
                                                    (917) 807-7819 (cellular)
                                                    (718) 489-4155 (facsimile)
                                                    emanuel@sagelegal.nyc

                                                    *Attorneys for Defendants*
                                                    *Sasha Ishaqov,*
                                                    *Yuri Ishaqov, and*
                                                    *Vlady Djouraev*

**VIA ECF**
CSM LEGAL, P.C.
Attn: Jesse Barton and Mary Bianco, Esqs.
One Grand Central Place
60 East 42nd Street, Suite 4510
New York, NY 10165-0002
(212) 317-1200 (office)
(212) 317-1200 (facsimile)
jbarton@csm-legal.com
mary@csm-legal.com

*Attorneys for Plaintiff*
*Hitler Calle*