UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HITLER CALLE,

                              Plaintiff,

-against-

PIZZA PALACE CAFÉ LLC (d/b/a PIZZA PALACE),
SASHA ISHAQOV, YURI ISHAQOV, and VLADY
DJOURAEV,

                              Defendants.
------------------------------------------------------------------X

Case No.: 1:20-cv-4178 (LDH) (LB)

**STIPULATION OF**
**SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED AND CONSENTED** that Sage Legal LLC, with offices at 18211 Jamaica Avenue, Jamaica, NY 11423-2327, be and hereby are substituted in place and instead of Milman Labuda Law Group PLLC, with offices at 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1073, as attorneys for Defendants Sasha Ishaqov, Yuri Ishaqov, and Vlady Djouraev in the above-captioned case and that this substitution be entered into effect without further notice.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

Dated: Jamaica, New York
          January 28, 2024

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
mail@emanuelkataev.com

Dated: Lake Success, New York
          January ~~____, 2024~~ 2/14/24

**MILMAN LABUDA LAW GROUP PLLC**

By: _____
Jamie Scott Felsen, Esq.
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1391 (direct dial)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com

Dated: Brooklyn, New York
       January ____, 2024

So Ordered:

_____, U.S.____J.

By: _____
Alexander Ishakov, incorrectly sued herein as Sasha Ishaqov

By: _____
Yuri Ishakov, incorrectly sued herein as Yuri Ishaqov

By: _____
Vlad Djouraev, incorrectly sued herein as Vlady Djouraev

**VIA ECF**
CSM LEGAL, P.C.
<u>Attn</u>: Jesse Barton and Mary Bianco, Esqs.
One Grand Central Place
60 East 42nd Street, Suite 4510
New York, NY 10165-0002
(212) 317-1200 (office)
(212) 317-1200 (facsimile)
jbarton@csm-legal.com
mary@csm-legal.com

*Attorneys for Plaintiff*
*Hitler Calle*

2