UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
HITLER CALLE,

                                 20-cv-04178-LDH-LB

Plaintiff,

                            SATISFACTION OF JUDGMENT

-against-

PIZZA PALACE CAFÉ LLC (D/B/A PIZZA
PALACE), SASHA ISHAQOV, YURI
ISHAQOV, and VLADY DJOURAEV,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, a judgment was entered in the above action on the 31st day of January 2022, in favor of Plaintiff HITLER CALLE,, against Defendants PIZZA PALACE CAFÉ LLC (D/B/A PIZZA PALACE), SASHA ISHAQOV, YURI ISHAQOV, and VLADY DJOURAEV, in the amount of $249,731.08, and said judgment with interest and costs thereon having been compromised and fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       May 23, 2024

Catalina Sojo, Esq.
CSM LEGAL, P.C.
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200; Fax: (212) 317-1620
Email: catalina@csm-legal.com
*Attorneys for Plaintiffs*

STATE OF NEW YORK)

   )  ss.:

COUNTY OF NEW YORK)

   On the 23rd day of May, 2024, before me personally came Catalina Sojo, to me known and known to be  Managing Partner of the firm of CSM Legal, P.C., attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

Notary Public

MARY BIANCO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02BI0011439
Qualified in Kings County
Commission Expires 07/18/2027