# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

June 5, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. LaShann DeArcy Hall, U.S.D.J.
225 Cadman Plaza East
Courtroom 4H North
Brooklyn, NY 11201-1804

      *Re:*    **Calle v. Pizza Palace Cafe LLC,** *et al.*
            **Case No.: 1:20-cv-4178 (LDH) (LB)**

Dear Judge Hall:

    This firm represents Defendants Sasha Ishaqov, Yuri Ishaqov, and Vlady Djouraev (hereinafter the "Individual Defendants") in the above-referenced case.

    The Individual Defendants respectfully submit this letter motion to withdraw their pending motion to set aside the Report and Recommendation of the Hon. Lois Bloom, U.S.M.J.  <u>See</u> ECF Docket Entry <u>46</u>.  The reason for the request to withdraw is because the judgment has been satisfied.  <u>See</u> ECF Docket Entry <u>51</u>.

    We thank this Court for its time and attention to this case.

Dated:  Lake Success, New York
        June 5, 2024                         Respectfully submitted,

                                                     **SAGE LEGAL LLC**

                                                     */s/ Emanuel Kataev, Esq.*
                                                     Emanuel Kataev, Esq.
                                                     18211 Jamaica Avenue
                                                     Jamaica, NY 11423-2327
                                                     (718) 412-2421 (office)
                                                     (917) 807-7819 (cellular)
                                                     (718) 489-4155 (facsimile)
                                                     emanuel@sagelegal.nyc

                                                     *Attorneys for Defendants*
                                                     *Sasha Ishaqov,*
                                                     *Yuri Ishaqov, and*
                                                     *Vlady Djouraev*

**VIA ECF**
CSM LEGAL, P.C.
<u>Attn</u>: Jesse Barton and Mary Bianco, Esqs.
One Grand Central Place
60 East 42nd Street, Suite 4510
New York, NY 10165-0002
(212) 317-1200 (office)
(212) 317-1200 (facsimile)
jbarton@csm-legal.com
mary@csm-legal.com

*Attorneys for Plaintiff*
*Hitler Calle*